STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

David John Calogero
Davidson, Meaux, et al.
P. O. Drawer 2908
Lafayette LA 70502

Rachel B. Godley
Davidson, Meaux, Sonnier
P. O. Box 2908
Lafayette LA 70502-2908

**REHEARING ACTION: November 20, 2013**

**Docket Number: 13   00407-CA**

**HELEN M. CALLIET-COMEAUX
VERSUS
WINN-DIXIE MONTGOMERY, L.L.C., ET AL.**

**Appealed from Acadia Parish Case No. 201111140**

**BEFORE JUDGES:**

   **Hon. John D. Saunders
   Hon. Jimmie C. Peters
   Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Winn-Dixie Montgomery, L.L.C.** has this day been

   **DENIED.**

cc: Peter Brian Derouen, Counsel for the Appellant